Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:

PATRICK HAROLD HANLON
SEANTE LANET HANLON

CASE NO: 09-70609-HDH-13
HEARING DATE:  9/22/2010
HEARING TIME:   10:00am

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required)  in accordance with Bankruptcy Rule 3007 and General Order 2009-03 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 012 0 U | CHASE | $4,594.11 | 016 0 U | DATASEARCH | $2,374.00 |
| 019 0 U | EXECUTIVE SERVICES | $228.00 | 025 0 U | GRANT E CETTIE DPM | $109.00 |
| 026 0 U | HILCO RECEIVABLES | $4,698.00 | 027 0 U | RADIOLOGY ASSOCIATES | $44.90 |
| 032 0 U | LAW OFFICES OF REGENT & ASSOC LLC | $4,698.41 | 035 0 U | NCO FIN 99 | $171.00 |
| 036 0 U | NCO FINANCIAL SYSTEMS | $378.00 | 037 0 U | NORTH TEXAS MEDICAL LAB | $150.00 |
| 038 0 U | OSTC | $569.34 | 040 0 U | ORTHAPEDIC ASSOCIATES | $164.72 |
| 041 0 U | RADIOLOGY ASSOCIATES | $10.26 | 043 0 U | THE MRI CENTER & NO 064 OSTC | $1,070.66 |
| 044 0 U | UT SOUTHWESTER MEDICAL SERVICE PLAN | $1,964.93 | 045 0 U | UNITED REGIONAL | $8,189.00 |
| 046 0 U | ZALE LIPSHY UNIVERSITY HOSPITAL | $223.94 | 047 0 U | UNIVERSITY HOSPITAL-ZLEE LIPSHY | $1,335.13 |
| 049 0 U | VIREN METHA PA MD FACOG | $265.20 | 055 0 U | CHRISTIAN FAMILY HEALTH CLINIC | $33.00 |
| 056 0 U | CHRISTIAN FAMILY HEALTH CLINIC | $39.33 | 057 0 U | CHRISTIAN FAMILY HEALTH CLINIC | $613.00 |
| 058 0 U | DATASEARCH | $2,175.00 | 059 0 U | EXECUTIVE SERVICES | $50.00 |
| 060 0 U | EXECUTIVE SERVICES | $291.00 | 062 0 U | RADIOLOGY ASSOCIATES | $157.60 |
| 063 0 U | RADIOLOGY ASSOCIATES | $14.25 | 064 0 U | ZALE LIPSHY UNIVERSITY HOSPITAL | $1,783.77 |
| 065 0 U | ZALE LIPSHY UNIVERSITY HOSPITAL | $2,596.62 | | | |

### II.
### SPECIFIC OBJECTIONS
No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 022 0 | FORD MOTOR CREDIT COMPANY | 2006 FORD 250 | $22,353.10 | $26,625.00 | 10.00% | 60 | $501.25 PAID BY TRUSTE |
| | Extended term to 60 months. See modification below. | | | | | | |

| 048 0 | US BANK HOME MORTGAGE | HOME ARREARS - NO CLAIM FILED | | $76,516.00 | 6.75% | 60 | $84.30 | PAID BY TRUSTEE |

No payments will be made unless a proof of claim is filed.
Extended term to 60 months. See modification below.

| 051 0 | WICHITA CO BURKBURNETT CITY AND ISD | PROPERTY TAXES | $0.00 | $76,516.00 | | | PD DIRECT BY DEBTOR |
| 053 0 | US BANK HOME MORTGAGE | HOMESTEAD | $0.00 | $76,516.00 | | | PD DIRECT BY DEBTOR |

## UNSECURED GENERAL CREDITORS

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 009 0 U | CANDICA | $1,686.26 | 010 0 U | CAPITAL ONE BANK USA | $3,259.09 |
| | *PURCHASES/BARCLAYS* | | | *PURCHASES* | |
| 013 0 U | CHRISTIAN FAMILY HEALTH CLINIC | $158.80 | 014 0 U | CLINICS OF NORTH TEXAS | $1,399.54 |
| | *MEDICAL SERVICES* | | | *MEDICAL SERVICES* | |
| 017 0 U | DELL FINANCIAL SERVICES | $1,339.05 | 028 0 U | HSBC BANK NEVADA | $3,525.05 |
| | *PURCHASES* | | | *PURCHASES* | |
| 033 0 U | MIDLAND CREDIT MANAGEMENT | $1,686.30 | 050 0 U | NATIONAL CAPITAL MANAGEMENT | $4,698.41 |
| | *PURCHASES/CAPITAL ONE BANK* | | | *PURCHASES/PROVIDIAN WAMU CHASE BANK* | |
| 054 0 U | CANDICA | $2,172.75 | 061 0 U | HSBC BANK NEVADA | $2,595.00 |
| | *PURCHASES/BARCLAYS* | | | *PURCHASES* | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim.  Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2009-03 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

All creditors shall be treated over a 60 month plan term.

Debtor shall pay $573 per month beginning January 2010 for 9 months; then Debtor shall pay $652 per month beginning October 2010 for the remaining 51 months; also the $579 that is paid ahead will be included in the base for a total plan base amount of $38,988.00.

/s/ Walter O'Cheskey

_____

Walter O'Cheskey
Chapter 13 Trustee

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 9/22/2010 AT 10:00am CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

LIVE:  US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.  ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE.  TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2009-03 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey

_____

Walter O'Cheskey
Chapter 13 Trustee

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   7/20/2010                                                   /s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

ASSETCARE INC 5100 PEACHTREE INDUSTRIAL BLVD  NORCROSS GA 30071
BARCLAYS BANK DELAWARE ATTN CUSTOMER SUPPORT DEPARTMENT PO BOX 8833 WILMINGTON DE 19899
BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP 1900 ST JAMES PLACE SUITE 500 HOUSTON TX 77056
BASSEL & WILCOX PO BOX 11509  FORT WORTH TX 76110
CANDICA C/O WEINSTEIN & RILEY 2001 WESTERN AVENUE STE 400 SEATTLE WA 98121
CANDICA C/O WEINSTEIN & RILEY PO BOX 3978 SEATTLE WA 98124
CAPITAL ONE 6125 LAKEVIEW ROAD, STE 800  CHARLOTTE NC 28269
CAPITAL ONE BANK USA BY AMERICAN INFOSOURCE LP PO BOX 71083 CHARLOTTE NC 28272
CAPITAL ONE PO BOX 30285  SALT LAKE CITY UT 84130
CHASE CARD SERVICES ATTN  MARK PASCALE 201 NORTH WALNUT STREET MS DE1-1406 WILMINGTON DE 19801
CHASE PO BOX 15298  WILMINGTON DE 19850
CHRISTIAN FAMILY HEALTH CLINIC 312 SOUTH AVE D  BURKBURNETT TX 76354
CLINICS OF NORTH TEXAS PAYMENT PROCESSING CENTER PO BOX 730852 DALLAS TX 75373
CLINICS OF NORTH TEXAS PO BOX 97521  WICHITA FALLS TX 76307
CREDITORS INTERCHANGE 80 HOLTZ DRIVE  BUFFALO NY 14225
DATA SEARCH INC PO BOX 461289  SAN ANTONIO TX 78246
DATASEARCH PO BOX 461289  SAN ANTONIO TX 78246
DELL FINANCIAL SERVICES BANKRUPTCY DEPARTMENT 12234 N IH 35 AUSTIN TX 78753
DELL FINANCIAL SERVICES C/O RESURGENT CAPITAL SERVICES PO BOX 10390 GREENVILLE SC 29603
ENCHORE RECEIVABLE MANAGEMENT PO BOX 3330  OLATHE KS 66063
EXECUTIVE SERVICES 1200 AUSTIN ST  WICHITA FALLS TX 76301
EXECUTIVE SERVICES 1200 AUSTIN STREET PO BOX 2248 WICHITA FALLS TX 76307
FMA ALLIANCE LTD 11811 NORTH FREEWAY STE 900  HOUSTON TX 77060
FORD MOTOR CREDIT COMPANY DRAWER 55-953  CHAPTER 13 PO BOX 55000 DETROIT MI 48255
FORD MOTOR CREDIT COMPANY PO BOX 6275  DEARBORN MI 48121
GE MONEY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE STE 1120 MIAMI FL 33131
GLOBAL CREDIT & COLLECTION CORP 300 INTERNATIONAL DRIVE PMB 10015 WILLIAMSVILLE NY 14221
GRANT E CETTIE DPM 2921 SOUTHWEST PKWY  WICHITA FALLS TX 76308
HILCO RECEIVABLES 5 REVERE DR STE 510  NORTHBROOK IL 60062
HSBC BANK NEVADA C/O PRA RECEIVABLES MANAGEMENT PO BOX 12907 NORFOLK VA 23541
HSBC BANK/BANKRUPTCY PO BOX 5253  CAROL STREAM IL 60197
HSBC PO BOX 5253  CAROL STREAM IL 60197
INTERNAL REVENUE SERVICE PO BOX 21125  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE PO BOX 21126  PHILADELPHIA PA 19114
KELL WEST REGIONAL HOSPITAL 5420 KELL WEST BLVD  WICHITA FALLS TX 76310
KTX  EMERGENCY PHYSICIANS PO BOX 98596  LAS VEGAS NV 89193
LAW OFFICES OF JAMES A WEST PC 6380 ROGERDALE ROAD STE 130  HOUSTON TX 77072
LAW OFFICES OF REGENT & ASSOC LLC 2650 FOUNTAIN VIEW DR SUITE 233  HOUSTON TX 77057
MIDLAND CREDIT MANAGEMENT 8875 AERO DRIVE SUITE 200  SAN DIEGO CA 92123
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
NATIONAL CAPITAL MANAGEMENT 8245 TOURNAMENT DRIVE STE 230  MEMPHIS TN 38125
NCO FIN 99 555 VAN REED RD  WYOMISSING PA 19610
NCO FINANCIAL SYSTEMS 507 PRUDENTIAL ROAD  HORSHAM PA 19044
NCO FINANCIAL SYSTEMS PO BOX 15894  WILMINGTON DE 19850
NORTH TEXAS MEDICAL LAB PO BOX 930  WICHITA FALLS TX 76307
OKLAHOMA TAX COMMISSION 2501 LINCOLN BLVD  OKLAHOMA CITY OK 73194
ORTHAPEDIC ASSOCIATES #1 WEST MEDICAL CT  WICHITA FALLS TX 76310
OSTC #1 WEST MEDICAL COURT  WICHITA FALLS TX 76310
PATRICK HAROLD HANLON & SEANTE LANET HANLON 1013 JEWEL  BURKBURNETT TX 76354
RADIOLOGY ASSOCIATES 808 BROOK AVENUE  WICHITA FALLS TX 76301
THE LAW OFFICE OF SIDNEY MICKELL 5050 PALO VERDE STREET SUITE 113 MONTCLAIR CA 91763
THE MRI CENTER & NO 064 OSTC #1 WEST MEDICAL COURT  WICHITA FALLS TX 76310
UNITED REGIONAL 1600 8TH STREET  WICHITA FALLS TX 76301
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
UNIVERSITY HOSPITAL-ZLEE LIPSHY 5909 HARRY HINES BLVD  DALLAS TX 75390
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
US BANK HOME MORTGAGE ATTN BANKRUPTCY DEPT PO BOX 5229 CINCINNATI OH 45201
UT SOUTHWESTER MEDICAL SERVICE PLAN PO BOX 845347  DALLAS TX 75284
VIREN METHA PA MD FACOG 1815 10TH STREET  WICHITA FALL TX 76301
WICHITA CO BURKBURNETT CITY AND ISD CO PERDUE BRANDON AND FIELDER PO BOX 8188 WICHITA FALLS TX 76307
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
ZALE LIPSHY UNIVERSITY HOSPITAL PO BOX 849927  DALLAS TX 75284